1

2               **UNITED STATES DISTRICT COURT**

3               **EASTERN DISTRICT OF WASHINGTON**

4

5 JOHN COMSTOCK,           )

                       )

6         Plaintiff,      )

                       )      NO.  CV-09-269-JPH

7      vs.            )

                       )    **JUDGMENT IN A**

8 MICHAEL J. ASTRUE,      )      **CIVIL CASE**

Commissioner of Social Security,  )

9                     )

       Defendant.    )

10                     )

11 _____)

12     **STIPULATION BY THE PARTIES:**

13        The parties have stipulated to the remand of the captioned matter pursuant

14 to sentence four of 42 U.S.C. § 405(g).

15      **IT IS ORDERED AND ADJUDGED** that:

16        The matter is **REMANDED** for additional proceedings pursuant to sentence

17 four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18 **CLOSED.**

19        DATED this  21st day of July, 2010.

20                           JAMES R. LARSEN

                               District Court Executive/Clerk

21

22

23                       by: _____s/ Karen White_____

                              Deputy Clerk

24 cc: all counsel

25

26